IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MILITA DOLAN, individually and on
behalf of others similarly situated,

Plaintiff,

v.

INTER-CONTINENTAL HOTELS
CORPORATION and
INTERCONTINENTAL HOTELS
GROUP RESOURCES, INC.,

Defendants.

Case No. 1:18-cv-02039-RWS

## NOTICE OF SETTLEMENT

Defendants, INTER-CONTINENTAL HOTELS CORPORATION and

INTERCONTINENTAL HOTELS GROUP RESOURCES, INC, hereby give

Notice that the Parties have reached an agreement for settlement, and are in the

process of finalizing the settlement documents. The Parties respectfully request

that all deadlines and scheduled appearances before the Court be stricken in order

to allow the Parties time to finalize the settlement documents and to file the proper

pleadings to close out this matter.

Date:  August 7, 2018                    Respectfully submitted,

                                         SEYFARTH SHAW LLP

-2-

By: s/ Kevin M. Young

Kevin M. Young
Georgia Bar No. 183770
kyoung@seyfarth.com
1075 Peachtree St. NE, Suite 2500
Atlanta, Georgia 30309
Telephone: (404) 885-6697
Fax: (404) 724-1697

Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a copy of the foregoing

NOTICE OF SETTLEMENT to be served upon all counsel of record through the Court's

electronic case filing system on this 7th day of August, 2018:

Anthony C. Lake
Gillen Withers & Lake, LLC
3490 Piedmont Rd. NE, Suite 1050
Atlanta, GA 30305
404-842-9700
Fax: 404-842-9750
Email: aclake@gwllawfirm.com

Kelly K. Iverson
Carlson Lynch Sweet & Kilpela &
Carpenter, LLP - PA
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
Email: kiverson@carlsonlynch.com

R. Bruce Carlson
Carlson Lynch
P.O. Box 367
231 Melville Lane
Sewickley, PA 15143
412-749-1677

Thomas A. Withers
Gillen, Withers & Lake, LLC
8 E. Liberty Street
Savannah, GA 31401
912-447-8400
Fax: 912-233-6584
Email: twithers@gwllawfirm.com

s/ Kevin M. Young
Kevin M. Young

48094584v.1