UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MILITA DOLAN, individually and on behalf of all others similarly situated, | Case No. 1:18-cv-02039-RWS |
| Plaintiff, | |
| v. | |
| INTER-CONTINENTAL HOTELS CORPORATION and INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., | |
| Defendant. | |

## **STIPULATION OF DISMISSAL**

COMES NOW Plaintiff, Milita Dolan, and Defendants, Inter-Continental Hotels Corporation and Intercontinental Hotels Group Resources, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1.      This action shall be DISMISSED, with prejudice; and

2.      No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules.

1

Dated: September 17, 2018

Respectfully submitted,

*/s/ Anthony C. Lake*
Anthony C. Lake
GILLEN WITHERS & LAKE, LLC
3490 Piedmont Road, N.E.
One Securities Centre, Suite 1050
Atlanta, GA 30305
404.842.9700
aclake@gwllawfirm.com

Thomas A. Withers
GILLEN WITHERS & LAKE, LLC
8 E. Liberty Street
Savannah, GA 31401
912.447.8400
twithers@gwllawfirm.com

Kelly K. Iverson
R. Bruce Carlson
Carlson Lynch Sweet & Kilpela, LLP
1133 Penn Avenue,5th Floor
Pittsburgh, PA 15222
412-322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com

*/s/ Kevin M. Young*
Kevin M. Young
Seyfarth Shaw LLP
1075 Peachtree St. NE, Suite 2500
Atlanta, Georgia 30309
Telephone: (404) 885-6697
Fax: (404) 724-1697
kyoung@seyfarth.com

2

## **CERTIFICATION**

The undersigned also hereby certifies, pursuant to N.D.Ga.L.Civ.R. 7.1D, that

the foregoing document has been prepared with one of the font and point selections

(Times New Roman, 14 point) approved by the Court in N.D.Ga.L.Civ.R. 5.1B.

*/s/ Anthony C. Lake*
Anthony C. Lake
GILLEN WITHERS & LAKE, LLC
3490 Piedmont Road, N.E.
One Securities Centre, Suite 1050
Atlanta, GA 30305
404.842.9700
aclake@gwllawfirm.com

3